This document was signed electronically on March 20, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 20, 2015



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE: )
)
Craig M. Polasky ) CHAPTER 13
Charlene Renee Polasky ) CASE NO: 09-53123
)
) ALAN M. KOSCHIK
Debtor(s) ) BANKRUPTCY JUDGE
)
) AGREED ORDER APPROVING MOTION TO
) TURN FUNDS OVER TO UNCLAIMED FUNDS
) OF THE US BANKRUPTCY COURT

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and the debtor(s) in this case, by and through undersigned counsel, and jointly agree that the Trustee's Motion to Turn Funds Over to Unclaimed Funds of the US Bankruptcy Court filed on or about January 7, 2015 as PACER docket number 104 should be granted. The Trustee's motion is incorporated herein as if fully rewritten.

The basis for the Trustee's motion was that the Trustee was seeking to turn funds over regarding the unsecured remaining balance due Litton Loan Service in the approximate amount of $8,735.30. These funds were originally requested by Litton as part of Litton Loan Services claim number 15-1.

Litton had cashed about half of the checks sent to them by the Chapter 13 office but then ceased to cash the remaining funds. Litton has not filed a transfer of claim or a change of address with the Court as required by applicable rules.

The claim of Litton Loan Service, claim number 15-1, was a mortgage which was stripped down through adversary from secured to unsecured status. At the conclusion of the case, and upon the granting of a discharge, the debtor(s) would be eligible to have state officials remove this lien from their property.

As Litton Loan Service has not cashed all the checks due to them under the program, the debtor(s) are in agreement with the Trustee that the funds that Litton has not accepted should be turned over to the unclaimed funds of the US Bankruptcy Court in order to allow the debtor(s) to have proof that they have fully performed under their Chapter 13 plan, have paid claim number 15-1 as stipulated in the adversary and that the debtor(s) are indeed entitled to strip the lien off their property by the granting of a discharge order by the US Bankruptcy Court.

The debtor(s) have indicated to the Trustee that they seek to fund the remaining balance due Litton Loan Service by using part or all of their 2014 tax refunds. As the debtor(s) have already surpassed their applicable commitment period, the Trustee has no objection to the debtor(s) submitting sufficient funds from their 2014 tax refund to satisfy the balance due Litton Loan Service on claim number 15-1.

WHEREFORE, this agreed entry is well taken based on the terms and details contained herein. The debtor(s) are in agreement that they shall turnover sufficient funds to allow the Trustee to pay the balance of the claim due on Litton Loan Service, claim number 15-1, over to the unclaimed funds of the US Bankruptcy Court. This turnover of funds will allow the debtor(s) to be eligible for a Chapter 13 discharge.

###

Approved by:

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

Michael L. John, Esquire
Ohio Reg. No. #0017829
2850 S. Arlington Road, Suite 103
Akron, OH 44312
Tel 330.644.8805
Fax 330.644.8875
amarksandjohn@neo.rr.com

cc:

Craig M. Polasky
5115 Fawn Drive
Akron, OH 44319
(via Regular Mail)

CHAPTER 13
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Charlene Renee Polasky
5115 Fawn Drive
Akron, OH 44319
(via Regular Mail)

Litton Loan Servicing, LP
PO Box 4387
Houston, TX 77210-4387
(via Regular Mail)

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2226
(via Regular Mail)

Litton Loan Servicing, LP
PO Box 829009
Dallas, TX 75382-9009

CSC-Lawyers Incorporating Service (Corporation Service Company)
50 W. Broad Street, Suite 1800
Columbus, OH 43215
(via Regular Mail)

Michael L. John, Esquire
(via ECF at amarksandjohn@neo.rr.com)

Attorney Amy Good, Office of the US Trustee
(via ECF at Amy.L.Good@usdoj.gov)

Keith L. Rucinski, Chapter 13 Trustee
(via ECF at krucinski@ch13akron.com)

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com