# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **09-53123** |
| **CRAIG M POLASKY** | ) | |
| **CHARLENE R POLASKY** | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **ECG**
    **Check 154018**
    **Claim #07-1**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$22.43** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **9/2/2015**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**CRAIG M POLASKY**  
**5115 FAWN DRIVE**  
**AKRON, OH 44319**  
**(Via Regular Mail)**

**CHARLENE R POLASKY**  
**5115 FAWN DRIVE**  
**AKRON, OH 44319**  
**(Via Regular Mail)**

**MICHAEL L JOHN, ATTORNEY (via ECF)**

**ECG**  
**PO BOX 951839**  
**CLEVELAND, OH 44193**  
**(via Regular Mail)**

Date of Service: **9/2/2015**    By: **Natalie Everly**  
Office of the Chapter 13 Trustee

**CHAPTER 13**  
Keith L. Rucinski  
Trustee  
1 Cascade Plaza  
Suite 2020  
Akron, Oh 44308  
(330) 762-6335  
Fax  
(330) 762-7072