# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: CRAIG M POLASKY
      CHARLENE R POLASKY
          Debtor(s)

Case No.: 09-53123

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Keith L. Rucinski, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/15/2009.
2) The plan was confirmed on 01/15/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 03/17/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 03/20/2015.
6) Number of months from filing or conversion to last payment: 68.
7) Number of months case was pending: 75.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 12,389.25.
10) Amount of unsecured claims discharged without full payment: 86,134.59.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $170,233.52 | |
| Less amount refunded to debtor: | $18,310.52 | |
| **NET RECEIPTS:** | | $151,923.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $5,054.17 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $8,800.97 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $13,855.14 |
| Attorney fees paid and disclosed by debtor: | $600.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA CASH ADVANCE CE | Unsecured | 1,840.00 | 907.00 | 907.00 | 489.78 | .00 |
| ADVANCE AMERICA CASH ADVANCE CE | Unsecured | NA | 913.16 | 913.16 | 493.11 | .00 |
| AKRON GENERAL EKG | Unsecured | NA | NA | NA | .00 | .00 |
| AKRON GENERAL EMERGENCY | Unsecured | NA | NA | NA | .00 | .00 |
| AKRON GENERAL MEDICAL CENTER | Unsecured | 410.00 | NA | NA | .00 | .00 |
| AKRON GENERAL MEDICAL CENTER | Unsecured | 409.00 | NA | NA | .00 | .00 |
| AKRON MUNICIPAL COURT | Unsecured | 111.00 | NA | NA | .00 | .00 |
| AKRON RADIOLOGY & IMAGING SERVIC | Unsecured | 37.00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 685.00 | NA | NA | .00 | .00 |
| AMERICREDIT | Secured | 13,107.00 | 12,889.23 | 12,889.23 | 12,889.23 | 527.70 |
| ANDREW COOK, DDS | Unsecured | 70.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 5,921.00 | 5,908.03 | 5,908.03 | 3,190.34 | .00 |
| CAROL BRUNER | Unsecured | 12,000.00 | 12,000.00 | 12,000.00 | 6,480.00 | .00 |

09-53123-amk    Doc 117    FILED 10/16/15    ENTERED 10/16/15 14:12:15    Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  CRAIG M POLASKY  
        CHARLENE R POLASKY  
              Debtor(s)

Case No.:  09-53123

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF NEW FRANKLIN | Unsecured | NA | 540.00 | .00 | .00 | .00 |
| CLERK US BANKRUPTCY COURT | Admin | NA | 8,735.30 | 8,735.30 | 8,735.30 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 45,879.00 | NA | NA | .00 | .00 |
| COMMISSIONER OF THE REVENUE OFF | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 8,469.00 | 7,789.99 | 7,789.99 | 7,789.99 | 158.59 |
| DR JENNIFER CUMMINGS | Unsecured | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 267.00 | 267.10 | 267.10 | 144.23 | .00 |
| ECG | Unsecured | 42.00 | 41.53 | 41.53 | 22.43 | .00 |
| ECMC | Unsecured | 86,000.00 | 59,030.83 | 59,030.83 | 31,876.65 | .00 |
| FIDELITY NATIONAL COLLECTION | Unsecured | 625.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | Unsecured | 376.00 | NA | NA | .00 | .00 |
| FINANCE DEPARTMENT | Unsecured | 540.00 | 500.32 | 500.32 | 270.17 | .00 |
| FORD MOTOR CREDIT | Unsecured | 9,400.00 | 9,295.08 | 9,295.08 | 5,019.34 | .00 |
| FRANKLIN CTY MUNICIPAL CLERK OF C | Unsecured | 116.00 | NA | NA | .00 | .00 |
| GREAT EASTERN RESORT | Secured | NA | NA | NA | .00 | .00 |
| GREEN FAMILY DENTISTRY | Unsecured | 593.00 | NA | NA | .00 | .00 |
| KOHLS DEPARTMENT STORE | Unsecured | 598.00 | 597.69 | 597.69 | 322.75 | .00 |
| LITTON LOAN SERVICING, LP | Secured | 33,430.00 | 34,391.15 | 18,214.67 | 9,835.92 | .00 |
| LVNV FUNDING | Unsecured | 587.00 | 613.69 | 613.69 | 331.39 | .00 |
| LVNV FUNDING | Unsecured | 6,680.00 | 6,814.86 | 6,814.86 | 3,680.02 | .00 |
| MOUNTAINSIDE VILLAS OWNERS ASSC | Unsecured | 500.00 | NA | NA | .00 | .00 |
| NATIONAL COLLEGIATE & TRUST | Unsecured | 41,648.00 | 39,204.57 | 39,204.57 | 21,170.47 | .00 |
| OCWEN LOAN SERVICING | Secured | 14,000.00 | 12,345.47 | 12,345.47 | 12,345.47 | .00 |
| OHIO EDISON COMPANY | Unsecured | NA | 484.39 | 484.39 | 261.57 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 5,588.00 | 5,430.21 | 5,430.21 | 2,932.31 | .00 |
| PROMETHEUS LABORATORIES INC | Unsecured | 72.00 | NA | NA | .00 | .00 |
| RBS CITIZENS N A | Unsecured | 765.00 | NA | NA | .00 | .00 |
| REGIONAL INCOME TAX AGENCY | Priority | 111.00 | NA | NA | .00 | .00 |
| STATE HIGHWAY PATROL FCU | Unsecured | 4,236.00 | 4,236.01 | 4,236.01 | 2,287.45 | .00 |
| STATE OF OHIO ATTORNEY GENERAL | Priority | 323.76 | 302.05 | 302.05 | 302.05 | .00 |
| STATE OF OHIO ATTORNEY GENERAL | Unsecured | NA | 75.35 | 75.35 | 40.69 | .00 |
| SUMMA HEALTH SYS | Unsecured | 120.00 | NA | NA | .00 | .00 |
| SUMMIT COUNTY CLERK OF COURTS | Unsecured | NA | NA | NA | .00 | .00 |
| SUMMIT COUNTY FISCAL OFFICER | Secured | 1,222.00 | 5,553.76 | 5,553.76 | 5,553.76 | .00 |
| SUMMIT COUNTY FISCAL OFFICER | Secured | NA | 497.46 | .00 | .00 | .00 |
| SUMMIT COUNTY OHIO | Secured | 648.00 | 906.73 | 906.73 | 906.73 | 10.42 |
| USAA SAVINGS BANK | Unsecured | 4,638.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  CRAIG M POLASKY                                                    Case No.:  09-53123
CHARLENE R POLASKY
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WALGREEN MAIL SERVICE | Unsecured | 231.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 18,214.67 | 9,835.92 | .00 |
| Mortgage Arrearage: | 12,345.47 | 12,345.47 | .00 |
| Debt Secured by Vehicle: | 20,679.22 | 20,679.22 | 686.29 |
| All Other Secured: | 6,460.49 | 6,460.49 | 10.42 |
| **TOTAL SECURED:** | 57,699.85 | 49,321.10 | 696.71 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 302.05 | 302.05 | .00 |
| **TOTAL PRIORITY:** | 302.05 | 302.05 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 155,055.12 | 87,748.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $13,855.14 |
| Disbursements to Creditors: | $138,067.86 |
| **TOTAL DISBURSEMENTS:** | $151,923.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   10/09/2015                                              By:   /s/Keith L. Rucinski
                                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)